McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

**FILED**
Jul 13, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the states of CALIFORNIA, COLORADO, GEORGIA, HAWAII, DISTRICT OF COLUMBIA, MARYLAND, VIRGINIA, WASHINGTON, *ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, INC., and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | 2:19-CV-559 JAM KJN<br><br>**THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop*

*Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court in camera and under seal for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED:  July 10, 2020

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney
Eastern District of California

By:   */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 10, 2020, she served a copy of:

THE UNITED STATES' NOTICE
OF ELECTION TO DECLINE INTERVENTION

by sending copies via electronic mail to the electronic address(es) stated below, which is/are the last known electronic address(es).

**Addressee(s):**

Sarah Chu
SChu@jgllaw.com
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Veronica Nannis
VNannis@JGLLAW.COM
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Dave Scher
dave@hoyerlawgroup.com
JAMES HOYER P.A.
1300 I Street, NW, Suite 400E
Washington, D.C. 20005

Kevin C. Davis
Kevin.Davis@doj.ca.gov
California Attorney General/BMFEA
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252

                                                                                      */s/ Monica C. Lee*
                                                                                      MONICA C. LEE