1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3   KEVIN C. DAVIS State Bar No. 253425
   Deputy Attorney General
4  E-mail:  Kevin.Davis@doj.ca.gov
    2329 Gateway Oaks Drive, Suite 200
5   Sacramento, CA 95833-4252
    Telephone: (916) 621-1869
6   Fax:  (916) 274-2929

7  *Attorneys for State of California*

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES, ex rel. JEFFREY MAZIK, | CV-0559 JAM KJN |
   | STATES OF CALIFORNIA, COLORADO, | |
13 | GEORGIA, HAWAII, MARYLAND, THE | **ORDER TO UNSEAL** |
   | DISTRICT OF COLUMBIA, THE STATE OF | |
14 | WASHINGTON, | |

15                          Plaintiffs,

16         v.

17
   KAISER PERMANENTE, INC., KAISER
18 FOUNDATION HEALTH PLAN, INC.,
   EASTERSEALS, INC.,
19
                            Defendants.
20

21

22                          **ORDER TO UNSEAL**

23      Since Plaintiffs California, Colorado, Georgia, Hawaii, Maryland, Virginia, Washington, and

24 the District of Columbia (collectively, the "Plaintiff States") have declined to intervene in this

25 action pursuant to their respective false claims acts (e.g., Cal. Gov't Code § 12652(c)(6)(B)), the

26 Court rules as follows:

27      **IT IS ORDERED THAT**:

28

                                          1

1.  The complaint, summons, and case management order be unsealed and served upon the defendants by the relator.

2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order, the Plaintiff States' Notice of Election to Decline Intervention, and any separate notice of election to either intervene or decline intervention filed by the United States, which the relator will serve upon the defendants only after service of the complaint;

3.  The seal is lifted as to all other matters occurring in this action after the date of this Order;

4.  Counsel for the State of California, having appeared, shall receive ECF notifications of all pleadings and motions filed in this action as provided for in Cal. Gov't Code § 12652(f)(1).  The Plaintiff States (other than Maryland) may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time; and

5.   Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Plaintiff States (other than Maryland) with an opportunity to be heard before ruling or granting its approval, in accordance with Cal. Gov't Code § 12652(c)(1) and the respective false claims acts of the Plaintiff States.

6.  In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 10, 2020           /s/ John A. Mendez
                                United States District Court Judge