McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the states of CALIFORNIA, COLORADO, DISTRICT OF COLUMBIA, GEORGIA, HAWAII, MARYLAND, VIRGINIA, WASHINGTON, *ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | 2: 19-CV-559 JAM KJN<br><br>**ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: July 10, 2020

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 10, 2020, she served a copy of:

[PROPOSED] ORDER ON THE UNITED STATES' NOTICE
OF ELECTION TO DECLINE INTERVENTION

by sending copies via electronic mail to the electronic address(es) stated below, which is/are the last known electronic address(es).

**Addressee(s):**

Sarah Chu
SChu@jgllaw.com
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Veronica Nannis
VNannis@JGLLAW.COM
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Dave Scher
dave@hoyerlawgroup.com
JAMES HOYER P.A.
1300 I Street, NW, Suite 400E
Washington, D.C. 20005

Kevin C. Davis
Kevin.Davis@doj.ca.gov
California Attorney General/BMFEA
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252

*/s/ Monica C. Lee*
MONICA C. LEE