Dave Scher, Esq. (CA Bar # 184562)
James Hoyer, P.A.
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 975-4994

Veronica B. Nannis, Esq. (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200

Attorneys for Plaintiff-Relator Jeffrey Mazik

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>*ex rel.* JEFFREY MAZIK<br>      818 Navaronne Way<br>      Concord, California<br>      94518<br><br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF GEORGIA,<br>STATE OF HAWAII,<br>THE DISTRICT OF COLUMBIA,<br>STATE OF MARYLAND,<br>COMMONWEALTH OF VIRGINIA,<br>STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC.<br>1 Kaiser Plaza<br>19th Floor<br>Oakland, CA 94612<br><br>    Serve: *Registered Agent*:<br>    The Prentice-Hall Corporation<br>    System, Inc.<br>    251 Little Falls Drive | 2:19-CV-0559 JAM KJN<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-RELATOR** |

```
              Wilmington, Delaware. 19808
 1
    and
 2
    KAISER FOUNDATION HEALTH PLAN, INC.
 3  1 Kaiser Plaza
    Oakland, California 94612
 4
              Serve: Registered Agent:
 5            The Prentice-Hall Corporation
              System, Inc.
 6            251 Little Falls Drive
              Wilmington, Delaware 19808
 7
 8  and

 9  EASTERSEALS, INC.
    141 W Jackson Blvd, Suite 1400A
10  Chicago, IL 60604

11
              Serve: Registered Agent:
12            Julie Hubbard
              141 W Jackson Blvd, Suite 1400A
13            Chicago, IL 60604

14
    Defendants.
15
```

16                        **NOTICE OF MOTION**

17  **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       PLEASE TAKE NOTICE that, on Tuesday, September 8, 2020,

19  or as soon thereafter as the matter may be heard before the

20  Honorable John A. Mendez, United States District Judge,

21
22  Veronica B. Nannis, of Joseph, Greenwald & Laake, P.A., and

23  Dave Scher, of James Hoyer, P.A., shall and hereby

24  respectfully seek leave of this Court, pursuant to E.D. Cal.

25  L.R. 182(d) and in compliance with Cal. R. Prof. Conduct 3-

26

700, to withdraw as counsel for Plaintiff-Relator Jeffrey Mazik.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to E.D. Cal. L.R. 182(d), Veronica B. Nannis and Dave Scher ("Movants") hereby notify the parties and the Court of their intention to withdraw as counsel for Plaintiff-Relator Jeffrey Mazik ("Plaintiff-Relator"). Movants state the following grounds for this motion:

1. Movants represent Plaintiff-Relator, who, on behalf of himself, the United States, and the states of California, Colorado, Georgia, Hawaii, Maryland, Washington, the District of Columbia, and the Commonwealth of Virginia, filed the above-captioned matter under seal on April 1, 2019, pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq.*

2. This Court granted Ms. Nannis leave to appear *pro hac vice* in this action pursuant to its April 3, 2019, Order.

3. Mr. Scher has served as local counsel in this action since April 1, 2019.

4. Upon the United States' declination to intervene in the above-captioned matter pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), on July 10, 2020, this Court ordered that Plaintiff-Relator's complaint be unsealed.

5. Since declination, irreconcilable differences have emerged between the Plaintiff-Relator and the Movants such that withdrawal is necessary.

6. The Movants have provided significant notice of this Motion and time to the Relator to prepare for it. Pursuant to E.D. Cal. L.R. 182(d), Movants provide an affidavit, attached as Exhibit A hereto, stating the current address of the Plaintiff-Relator and "the efforts made to notify the [Plaintiff-Relator] of the motion to withdraw."

7. Movants' withdrawal will not cause any prejudice or delay in this case.

8. Given the nature of this Motion, as well as the substantial burden to all parties in traveling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

THEREFORE, Movants Veronica B. Nannis and Dave Scher respectfully request that this Court grant leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Respectfully submitted,

/s/ Dave Scher, Esq.
Dave Scher (CA Bar # 184562)
dave@jameshoyer.com
James Hoyer, P.A.
1300 I Street NW Suite 400E
Washington, DC 20005

```
                                        Ph:  (202) 975-4994
                                        Fax: (813) 375-3710



                                        /s/ Veronica B. Nannis, Esq.
                                        Veronica Nannis (Pro Hac Vice)
                                        vnannis@jgllaw.com
                                        JOSEPH, GREENWALD & LAAKE, P.A.
                                        6404 Ivy Lane, Suite 400
                                        Greenbelt, MD 20770
                                        Ph:  (301) 220-2200
                                        Fax: (301) 220-1214

                                        Counsel for Plaintiff-Relator
                                        Jeffrey Mazik

Dated: September 8, 2020
```

**PROOF OF SERVICE**

    I HEREBY CERTIFY that that, on September 8, 2020, this document will be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

    A copy of the foregoing will be sent via electronic mail and certified mail to:

Jeffrey Mazik
818 Navaronne Way
Concord, California 94518

                                     /s/ Veronica B. Nannis, Esq.
                                            Veronica B. Nannis

### AFFIDAVIT OF VERONICA B. NANNIS, COUNSEL FOR PLAINTIFF-RELATOR

I, Veronica B. Nannis, do solemnly swear under the penalty of perjury and on personal knowledge that the foregoing is true and correct:

1. Since April 1, 2019, I represented Plaintiff-Relator Jeffrey Mazik in *U.S. ex rel. Mazik v. Kaiser Permanente, Inc., et al.*, No. 2:19-cv-00559-JAM-KJN (E.D. Cal. 2020).

2. Mr. Mazik currently resides at 818 Navaronne Way, Concord, California 94518.

3. I seek to withdraw as counsel in this action.

4. I submit this affidavit to comply with the requirements of E.D. Cal. L.R. 182(d). The efforts I made to notify Mr. Mazik of the motion to withdraw, are as follows:

   a. On May 23, 2020, during a phone discussion with Mr. Mazik, I personally advised Mr. Mazik that his current counsel of record would seek to withdraw given our privileged discussion and we would help him identify potential new counsel.

   b. On June 19, 2020, during a subsequent phone discussion with Mr. Mazik, I again advised Mr. Mazik of our intent to withdraw and of the need to locate new counsel if he intended to proceed.

EXHIBIT A

c. Since then, I have been awaiting, and supporting, Mr. Mazik's efforts to locate and secure substitute counsel.

d. Mr. Mazik continues to seek to secure new counsel in this case.

e. On August 24, 2020, I provided formal written notice to Mr. Mazik that I would file a motion to withdraw in this case in accordance with E.D. Cal. L.R. 182(d) on or after September 7, 2020. I also included a copy of the Rule and advised him of upcoming case deadlines.

<u>9/8/20</u>
Date

*Veronica B.*
Veronica B. Nannis