```
Dave Scher, Esq. (CA Bar # 184562)
James Hoyer, P.A.
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 975-4994

Veronica B. Nannis, Esq. (Pro Hac Vice)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200

Attorneys for Plaintiff-Relator Jeffrey Mazik
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>*ex rel.* JEFFREY MAZIK<br>    818 Navaronne Way<br>    Concord, California<br>    94518<br><br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF GEORGIA,<br>STATE OF HAWAII,<br>THE DISTRICT OF COLUMBIA,<br>STATE OF MARYLAND,<br>COMMONWEALTH OF VIRGINIA,<br>STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC.<br>1 Kaiser Plaza<br>19th Floor<br>Oakland, CA 94612<br><br>    Serve: *Registered Agent*:<br>    The Prentice-Hall Corporation<br>    System, Inc.<br>    251 Little Falls Drive | 2:19-CV-0559 JAM KJN<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date: September 8, 2020<br>Judge: The Hon. John A. Mendez |

1

```
                Wilmington, Delaware. 19808

        and

        KAISER FOUNDATION HEALTH PLAN, INC.
        1 Kaiser Plaza
        Oakland, California 94612

                Serve: Registered Agent:
                The Prentice-Hall Corporation
                System, Inc.
                251 Little Falls Drive
                Wilmington, Delaware 19808

        and

        EASTERSEALS, INC.
        141 W Jackson Blvd, Suite 1400A
        Chicago, IL 60604

                Serve: Registered Agent:
                Julie Hubbard
                141 W Jackson Blvd, Suite 1400A
                Chicago, IL 60604

        Defendants.
```

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Veronica B. Nannis and Dave Scher seek to withdraw as counsel for Plaintiff-Relator Jeffrey Mazik in the above-captioned matter pursuant to E.D. Cal. L.R. 182(d) and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that Ms. Nannis and Mr. Scher complied with the Local Rule, submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party.

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Veronica B. Nannis and Dave Scher are hereby terminated as counsel in this proceeding.

_____          _____
Date                                 Hon. John A. Mendez
                                     United States District Judge