Dave Scher, Esq. (CA Bar # 184562)
James Hoyer, P.A.
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 975-4994

Veronica B. Nannis, Esq. (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200

Attorneys for Plaintiff-Relator Jeffrey Mazik

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>*ex rel.* JEFFREY MAZIK<br>    818 Navaronne Way<br>    Concord, California<br>    94518<br><br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF GEORGIA,<br>STATE OF HAWAII,<br>THE DISTRICT OF COLUMBIA,<br>STATE OF MARYLAND,<br>COMMONWEALTH OF VIRGINIA,<br>STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC.<br>1 Kaiser Plaza<br>19th Floor<br>Oakland, CA 94612<br><br>    Serve: *Registered Agent*:<br>    The Prentice-Hall Corporation<br>    System, Inc.<br>    251 Little Falls Drive<br>    Wilmington, Delaware. 19808 | 2:19-CV-0559 JAM KJN<br><br>**RELATOR'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS** |

1

```
        and

        KAISER FOUNDATION HEALTH PLAN, INC.
        1 Kaiser Plaza
        Oakland, California 94612

            Serve: Registered Agent:
            The Prentice-Hall Corporation
            System, Inc.
            251 Little Falls Drive
            Wilmington, Delaware 19808

        and

        EASTERSEALS, INC.
        141 W Jackson Blvd, Suite 1400A
        Chicago, IL 60604

            Serve: Registered Agent:
            Julie Hubbard
            141 W Jackson Blvd, Suite 1400A
            Chicago, IL 60604

        Defendants.
```

### RELATOR'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

Plaintiff-Relator Jeffrey Mazik ("Relator"), pursuant to E.D. Cal. L.R. 144(a)-(b) and (d), respectfully requests an extension of time within which to serve his complaint to the named defendants in this case until a ruling is made on the Motion to Withdraw As Counsel for Plaintiff (ECF No. 23) filed by Relator's counsel, Veronica B. Nannis and Dave Scher. Relator states the following grounds for this motion:

1. On April 1, 2019, Relator filed suit against named defendants under the federal and state False Claims Acts. (ECF No. 1). The Court sealed the complaint and all filings pursuant to 31 U.S.C. 3730(b)(2).

2. Mr. Scher has served as local counsel in this action since April 1, 2019.

3. This Court granted Ms. Nannis leave to appear *pro hac vice* in this action pursuant to its April 3, 2019, Order.

4. On July 10, 2020, the Court unsealed Relator's complaint upon the United States' declination to intervene. The Court ordered Relator to serve process on the defendants by October 11, 2020. (ECF No. 22).

5. Since declination, irreconcilable differences have emerged between the Relator and counsel such that withdrawal is necessary.

6. On September 8, 2020, counsel filed a Motion to Withdraw as Counsel in this action.

7. In addition, on September 8, 2020, as required under E.D. Cal. L.R. 182(d), counsel consented to the Court's request for a Notice of Motion hearing by Zoom. The hearing is set for October 27, 2020 at 1:30 p.m., which is the earliest available date for the hearing.

8. Notably, this Court will notify counsel by October 21, 2020 at the earliest, if the Court elects to submit the matter without appearance.

9. Given the pending Notice of Motion hearing, which will occur after Relator's service deadline on October 11, 2020, out of an abundance of caution, Relator seeks a thirty (30)-day extension from the hearing date of October 27, 2020.

10. Relator is making this motion in advance of the deadline for service of process and before any ruling by the Court on counsel's Motion to Withdraw.

11. No party in this case would be unfairly prejudiced by the Court's granting of this motion.

12. This motion is not made for an improper purpose or delay.

13. Accordingly, Relator respectfully requests that the Court extend the time for Relator to serve his complaint by thirty (30) days from the date the Notice of Motion hearing is scheduled, up to and including November 26, 2020.

WHEREFORE, FOR THE REASONS SET FORTH ABOVE, Relator Jeffrey Mazik respectfully requests that this Court grants this Motion for Extension of Time For Service of Process.

Respectfully submitted,

/s/ Dave Scher, Esq.
Dave Scher (CA Bar # 184562)
dave@jameshoyer.com
James Hoyer, P.A.
1300 I Street NW Suite 400E
Washington, DC 20005
Ph: (202) 975-4994
Fax: (813) 375-3710


/s/ Veronica B. Nannis, Esq.
Veronica Nannis
(*Pro Hac Vice*)
vnannis@jgllaw.com
JOSEPH, GREENWALD & LAAKE P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Ph: (301) 220-2200
Fax: (301) 220-1214

*Counsel for Plaintiff-Relator Jeffrey Mazik*

Dated: September 21, 2020

**PROOF OF SERVICE**

I HEREBY CERTIFY that that, on September 21, 2020, this document will be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

A copy of the foregoing will be sent via electronic mail and certified mail to:

Jeffrey Mazik
818 Navaronne Way
Concord, California 94518

/s/ Veronica B. Nannis, Esq.<br>Veronica B. Nannis