Dave Scher, Esq. (CA Bar # 184562)
James Hoyer, P.A.
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 975-4994

Veronica B. Nannis, Esq. (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200

Attorneys for Plaintiff-Relator Jeffrey Mazik

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

*ex rel.* JEFFREY MAZIK
   818 Navaronne Way
   Concord, California
   94518

STATE OF CALIFORNIA,
STATE OF COLORADO,
STATE OF GEORGIA,
STATE OF HAWAII,
THE DISTRICT OF COLUMBIA,
STATE OF MARYLAND,
COMMONWEALTH OF VIRGINIA,
STATE OF WASHINGTON

  Plaintiffs,

  v.

KAISER PERMANENTE, INC.
1 Kaiser Plaza
19th Floor
Oakland, CA 94612

  Serve: *Registered Agent*:
  The Prentice-Hall Corporation
  System, Inc.
  251 Little Falls Drive
  Wilmington, Delaware. 19808

2:19-CV-0559 JAM KJN

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

Date: September 21, 2020
Judge: The Hon. John A. Mendez

AO 72
(Rev. 8/82)

1

and

KAISER FOUNDATION HEALTH PLAN, INC.
1 Kaiser Plaza
Oakland, California 94612

    Serve: *Registered Agent*:
    The Prentice-Hall Corporation
    System, Inc.
    251 Little Falls Drive
    Wilmington, Delaware 19808

and

EASTERSEALS, INC.
141 W Jackson Blvd, Suite 1400A
Chicago, IL 60604

    Serve: *Registered Agent*:
    Julie Hubbard
    141 W Jackson Blvd, Suite 1400A
    Chicago, IL 60604

Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

The Court, having considered Relator's Motion for Extension of Time for Service of Process, there being no opposition thereto, it is this _____ day of _____, 2020 by the United States District Court for the Eastern District of California:

ORDERED that the Motion for Extension of Time for Service of Process is GRANTED; and it is further

ORDERED, that Relator Jeffrey Mazik's deadline to serve his complaint on the named defendants is extended

ORDERED, that Relator Jeffrey Mazik's deadline to serve his complaint on the named defendants is extended thirty (30) days from the date the Notice of Motion is scheduled on October 27, 2020, up to and including November 26, 2020.

_____          _____

Date                                      Hon. John A. Mendez
                                          United States District Judge