Dave Scher, Esq. (CA Bar # 184562)
James Hoyer, P.A.
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 975-4994

Veronica B. Nannis, Esq. (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200

Attorneys for Plaintiff-Relator Jeffrey Mazik

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>*ex rel.* JEFFREY MAZIK<br>         818 Navaronne Way<br>         Concord, California<br>         94518<br><br>STATE OF CALIFORNIA,<br>STATE OF COLORADO,<br>STATE OF GEORGIA,<br>STATE OF HAWAII,<br>THE DISTRICT OF COLUMBIA,<br>STATE OF MARYLAND,<br>COMMONWEALTH OF VIRGINIA,<br>STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC.<br>1 Kaiser Plaza<br>19th Floor<br>Oakland, CA 94612<br><br>    Serve: *Registered Agent*:<br>    The Prentice-Hall Corporation<br>    System, Inc.<br>    251 Little Falls Drive | 2:19-CV-0559 JAM KJN<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**<br><br>Date: September 21, 2020<br>Judge: The Hon. John A. Mendez |

1

Wilmington, Delaware. 19808

and

KAISER FOUNDATION HEALTH PLAN, INC.
1 Kaiser Plaza
Oakland, California 94612

    Serve: *Registered Agent*:
    The Prentice-Hall Corporation
    System, Inc.
    251 Little Falls Drive
    Wilmington, Delaware 19808

and

EASTERSEALS, INC.
141 W Jackson Blvd, Suite 1400A
Chicago, IL 60604

    Serve: *Registered Agent*:
    Julie Hubbard
    141 W Jackson Blvd, Suite 1400A
    Chicago, IL 60604

Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

The Court, having considered Relator's Motion for Extension of Time for Service of Process, there being no opposition thereto, it is this 22nd day of September, 2020 by the United States District Court for the Eastern District of California:

ORDERED that the Motion for Extension of Time for Service of Process is GRANTED; and it is further

ORDERED, that Relator Jeffrey Mazik's deadline to serve his complaint on the named defendants is extended thirty (30) days

from the date the Notice of Motion is scheduled on October 27,

2020, up to and including November 26, 2020.


Dated:  9/22/2020                  /s/ John A. Mendez_____
                                   Hon. John A. Mendez
                                   United States District Judge