Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
201 Spear St., Suite 1100
San Francisco, CA 94105
Tel.: (415) 825-8500
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Relator Jeffrey Mazik*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. JEFFREY MAZIK, <br><br> STATE OF CALIFORNIA, <br> STATE OF COLORADO, <br> STATE OF GEORGIA, <br> STATE OF HAWAII, <br> THE DISTRICT OF COLUMBIA, <br> STATE OF MARYLAND, <br> COMMONWEALTH OF VIRGINIA, and <br> THE STATE OF WASHINGTON, <br><br>                              Plaintiffs, <br><br> v. <br><br> KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC., and EASTERSEALS, INC., <br><br>                              Defendants. | 2:19-CV-0559 JAM KJN |

**PLEASE TAKE NOTICE** that Christopher K. Leung hereby appears in the above-captioned action on behalf of Relator Jeffrey Mazik and demands that all papers in this action be served upon the undersigned at the address stated below.

Page **1** of **2**
NOTICE OF APPEARANCE OF CHRISTOPHER K. LEUNG
Case No.: 2:19-CV-0559 JAM KJN

Dated: October 26, 2020
       New York, NY

                                                 POLLOCK COHEN LLP

                                                 By:  */s/ Christopher K. Leung*

                                                 Christopher K. Leung
                                               201 Spear St., Suite 1100
                                               San Francisco, CA 94105
                                               Tel.: (415) 825-8500
                                               Chris@PollockCohen.com

                                               *Counsel for Relator Jeffrey Mazik*