UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC., and EASTERSEALS, INC.,<br><br>Defendants. | 2:19-CV-0559 JAM KJN<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS** |

The Court, having considered Relator's *Ex Parte* Motion for Extension of Time for Service of Process, it is:

ORDERED that the Motion for Extension of Time for Service of Process is GRANTED; and it is further

ORDERED, that Relator Jeffrey Mazik's deadline to serve his complaint on the Defendants is extended by 90 days from November 26, 2020, up to and including, February 24, 2021.

DATED: November 23, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE