SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
BARBARA E. TAYLOR, Cal. Bar No. 166374
MATTHEW LIN, Cal. Bar No. 328852
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398
E mail       ckreindler@sheppardmullin.com
             btaylor@sheppardmullin.com
             mlin@sheppardmullin.com

Attorneys for KAISER FOUNDATION
HEALTH PLAN, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>          Plaintiffs,<br><br>     v.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC. AND EASTERSEALS, INC.,<br><br>          Defendants. | Case No. 2:19-cv-0559-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 144(a)**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:  April 1, 2019<br>Trial Date:         None Set |

# JOINT STIPULATION

Plaintiff-Relator JEFFREY MAZIK ("Relator"), and Defendant KAISER FOUNDATION HEALTH PLAN, INC. ("KFHP"), by and through their attorneys of record, hereby submit this Joint Stipulation pursuant to Civil Local Rule 144(a) to extend Defendant's deadline to answer or otherwise respond to the Complaint based upon the following facts:

WHEREAS on April 1, 2019, Relator filed, under seal, the Complaint in this action;

WHEREAS on July 13, 2020, the Complaint was unsealed after the State of California and the United States declined to intervene in this action;

WHEREAS on November 23, 2020, the Court granted an extension of time for Relator to serve the Complaint on defendants to February 24, 2021;

WHEREAS on February 22, 2021, Relator served the Complaint on KFHP;

WHEREAS KFHP's responsive pleading is currently due on or before March 15, 2021;

WHEREAS upon KFHP's request, Relator has agreed to provide KFHP with a 28-day extension of time to respond to the Complaint, which will not serve to alter the date of any event or deadline fixed by the Court; and

WHEREAS no previous extension of time to answer or otherwise respond to the Complaint has been obtained by the parties.

NOW THEREFORE, it is hereby stipulated by and between Relator and KFHP, that KFHP's answer or other response to the Complaint is due on or before April 12, 2021.

IT IS SO STIPULATED.

Dated: March 10, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Charles L. Kreindler*
CHARLES L. KREINDLER

Attorneys for KAISER FOUNDATION HEALTH PLAN, INC.

Dated: March 10, 2021

POLLOCK COHEN LLP

By:      */s/ Adam L. Pollock*
(as authorized on March 9, 2021)
ADAM L. POLLOCK

Attorneys for Plaintiff-Relator Jeffrey Mazik