# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES et al. ex rel. JEFFREY MAZIK </br> *Plaintiff* </br> v. </br> KAISER PERMANENTE, INC., et al. </br> *Defendant* | ) </br> ) </br> ) Case No. 2:19-cv-0559-JAM-KJN </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant KAISER FOUNDATION HEALTH PLAN, INC.

Date: March 15, 2021

/s/ Barbara E. Taylor
*Attorney's signature*

Barbara E. Taylor, Cal. Bar No. 166374
*Printed name and bar number*

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
*Address*

btaylor@sheppardmullin.com
*E-mail address*

(213) 620-1780
*Telephone number*

(213) 620-1398
*FAX number*

