SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
BARBARA E. TAYLOR, Cal. Bar No. 166374
MATTHEW LIN, Cal. Bar No. 328852
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398
E mail         ckreindler@sheppardmullin.com
                   btaylor@sheppardmullin.com
                   mlin@sheppardmullin.com

Attorneys for KAISER FOUNDATION
HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC. AND EASTERSEALS, INC.,<br><br>Defendants. | Case No. 2:19-cv-0559 JAM-KJN<br><br>**DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:   April 1, 2019<br>Trial Date:           None Set |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for defendant Kaiser Foundation Health Plan, Inc. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 19, 2021

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By    */s/ Charles L. Kreindler*
                      CHARLES L. KREINDLER

                Attorneys for KAISER FOUNDATION HEALTH PLAN, INC.