POLLOCK COHEN LLP
Christopher K. Leung, CA Bar No. 210325
Adam Pollock (*pro hac vice*)
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (415) 825-8500
Email: Adam@PollockCohen.com

LAW OFFICE OF JEREMY L. FRIEDMAN
Jeremy L. Friedman, CA Bar No. 142659
2801 Sylhowe Road
Oakland, CA 94610
Tel: (510) 530-9060
Email: jlfried@comcast.net

*Attorneys for Plaintiff-Relator Jeffrey Mazik*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>        Plaintiffs,<br><br>        v.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC., and EASTERSEALS, INC.,<br><br>        Defendants. | 2:19-CV-0559 JAM KJN<br><br>**ORDER SEALING DOCUMENT** |

The Court, having considered Relator's request to seal a document, it is ORDERED that:

(1) Relator's First Amended *Qui Tam* Complaint shall be filed under seal.

(2) Unless modified by the Court, during the time that the document remains under seal, access shall be granted to Relator and the Plaintiff entities (the United States and named state plaintiffs) but shall be restricted to all Defendants and the public.

(3) The seal shall remain in place for a period of 60 days from its filing, and shall expire automatically thereafter, unless upon the granting of a motion to extend the seal filed by any party prior to the expiration.

**IT IS SO ORDERED**

DATED: April 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE