PHILLIP A. TALBERT
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and the states of CALIFORNIA, COLORADO, GEORGIA, HAWAII, DISTRICT OF COLUMBIA, MARYLAND, VIRGINIA, WASHINGTON, *ex rel.* JEFFREY MAZIK, Plaintiffs, v. KAISER PERMANENTE, INC., and KAISER FOUNDATION HEALTH PLAN, INC., Defendants. | CASE NO: 2:19-cv-559 JAM KJN<br><br>**ORDER RE NOTICE REGARDING CALCULATION OF TIME WITHIN WHICH THE UNITED STATES MUST FILE ITS INTERVENTION DECISION** |
|---|---|

Upon consideration of the United States' Notice Regarding Calculation of the Time Within Which the United States Must File its Intervention Decision:

IT IS HEREBY ORDERED that the Amended Complaint shall remain under seal until August 31, 2021, or until further order by this Court.

IT IS SO ORDERED.

DATED: June 7, 2020          /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE