1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Facsimile: (916) 554-2900

6  Attorneys for the United States

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the states of CALIFORNIA, COLORADO, DISTRICT OF COLUMBIA, GEORGIA, HAWAII, MARYLAND, VIRGINIA, WASHINGTON, *ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | 2:19-cv-559-JAM-KJN<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

Upon consideration of the Request to Seal Documents, the Court hereby rules as follows:

   1. The following documents shall be filed under seal:

       a. The United States Request for an Extension of Time to Decide Whether to Intervene on First Amended Complaint and Extension of the Seal on the First Amended *Qui Tam* Complaint;
       b. Declaration of Catherine J. Swann in Support of the United States Request for an Extension of Time to Decide Whether to Intervene on First Amended Complaint and Extension of the Seal on the First Amended *Qui Tam* Complaint;
       c. (Proposed) Order on the United States Request for an Extension of Time to Decide Whether to Intervene on First Amended Complaint and Extension of the Seal on the First Amended *Qui Tam* Complaint.
       other filings presently under seal shall remain under seal until the United States,

[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENTS                                    1

the plaintiff states, and the District of Columbia notice their respective elections, or until further order of this Court; and
  d. Request to Seal Documents.

2. All other filings presently under seal shall remain under seal until the United States, the plaintiff states, and the District of Columbia notice their respective elections, or until further order of this Court.

IT IS SO ORDERED.

Dated:  September 7, 2021              /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE