PHILLIP A. TALBERT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the states of CALIFORNIA, COLORADO, DISTRICT OF COLUMBIA, GEORGIA, HAWAII, MARYLAND, VIRGINIA, WASHINGTON, *ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER PERMANENTE, INC., KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | 2: 19-CV-559 JAM KJN<br><br>**ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AS TO AMENDED COMPLAINT** |

The United States having declined to intervene as to the allegations stated in relator's Amended Complaint in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The Amended Complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for filings already unsealed by order of the Court;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States

1 | may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any
2 | time;
3 |     4. The parties shall serve all notices of appeal upon the United States;
4 |     5. All orders of this Court shall be sent to the United States; and that
5 |     6. Should the relator or the defendant propose that this action be dismissed, settled, or
6 | otherwise discontinued, the Court will provide the United States with notice and an opportunity to be
7 | heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: December 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE