ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
KEVIN C. DAVIS State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1869
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF GEORGIA, STATE OF HAWAII, STATE OF MARYLAND, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON *ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., and THE PERMANENTE MEDICAL GROUPS,<br><br>Defendants. | 2:19-cv-0559 JAM KJN<br><br>**ORDER ON THE PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AS TO FIRST AMENDED COMPLAINT** |

**<u>ORDER</u>**

Since Plaintiffs California, Colorado, Georgia, Hawaii, Maryland, Virginia, and Washington (collectively, the "Plaintiff States") have declined to intervene in this action pursuant to their respective false claims acts (e.g. Cal. Gov't Code § 12652(c)(6)(B)), the Court rules as follows

///

///

**IT IS ORDERED THAT**:

1. The First Amended Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for filings already unsealed by order of the Court;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States as provided for in Cal. Gov't Code § 12652(f)(1) and the other states' respective false claims acts (excluding Maryland). The Plaintiff States (other than Maryland) may order any deposition transcripts and are entitled to intervene in this action as provided in their respective false claims acts at any time; and

4. The parties shall serve all notices of appeal on the Plaintiff States;

5. All orders of this Court shall be served on the Plaintiff States; and that

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Plaintiff States (other than Maryland) with notice and an opportunity to be heard before ruling or granting its approval, in accordance with Cal. Gov't Code § 12652(c)(1) and the respective false claims acts of the Plaintiff States.

7. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED:  December 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE