SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
BARBARA E. TAYLOR, Cal. Bar No. 166374
MATTHEW LIN, Cal. Bar No. 328852
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398
E mail      ckreindler@sheppardmullin.com
            btaylor@sheppardmullin.com
            mlin@sheppardmullin.com

Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, INC. and proposed Defendants THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., and THE PERMANENTE MEDICAL GROUPS,<br><br>Defendants. | Case No. 2:19-cv-0559 JAM-KJN<br><br>**JOINT STIPULATION AND ORDER RE:**<br>**(1) AMENDMENT OF FIRST AMENDED COMPLAINT AND SERVICE; AND**<br>**(2) STAY OF CASE**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:   April 1, 2019<br>First Amended<br>Complaint Filed:   April 2, 2021<br>Trial Date:        None Set |

# JOINT STIPULATION

Pursuant to Local Rule 143, *Qui Tam* Plaintiff-Relator Jeffrey Mazik ("Relator"), Defendants Kaiser Foundation Health Plan, Inc. ("KFHP") and Kaiser Foundation Hospitals, Inc. ("KFH"), and proposed Defendants The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively, with KFHP and KFH, the "Kaiser Defendants"), by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS this *qui tam* False Claims Act ("FCA") action was filed under seal on April 1, 2019, and on April 2, 2021, Relator filed, under seal, the First Amended Complaint ("FAC");

WHEREAS on December 1, 2021, the FAC was ordered unsealed after the United States declined to intervene in this action and the Court ordered Relator to serve the Defendants;

WHEREAS the FAC has not yet been served on Defendants KFHP and KFH;

WHEREAS in the FAC, Relator named as Defendants The Permanente Medical Groups, which was intended to include three related but distinct medical group entities: The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C.;

WHEREAS there are six consolidated *qui tam* FCA cases, filed from 2013 through 2020, pending in the Northern District of California, in which the Government has partially intervened: (1) *U.S. ex rel. Osinek v. Kaiser Permanente*, No. 3:13-cv-03891-EMC; (2) *U.S. ex rel. Arefi v. Kaiser Foundation Health Plan, Inc.*, No. 3:16-cv-01558-EMC (originally filed in 2015); (3) *U.S. ex rel. Stein v. Kaiser Foundation Health Plan, Inc.*, No. 3:16-cv-05337-EMC; (4) *U.S. ex rel. Bryant v. Kaiser Permanente,* No. 3:18-cv-1347-EMC; (5) *U.S. ex rel. Bicocca v. Permanente Medical Group, Inc.*, No. 3:21-cv-03124-EMC (originally filed in

2020); and (6) *U.S. ex rel. Taylor v. Kaiser Permanente*, No. 3:21-cv-03894 (originally filed in 2014) (collectively, the "Consolidated Cases");

WHEREAS the Consolidated Cases all allege that various combinations of the Kaiser Defendants and other Kaiser entities "submitted claims to the Medicare Advantage Program . . . for risk-adjustment payments for diagnoses that . . . patients did not actually have and/or that were not actually addressed by the treating physician during a patient encounter" (*see U.S. ex rel. Osinek v. Kaiser Permanente*, No. 3:13-cv-03891-EMC, Dkt. No. 61 at 5);

WHEREAS on December 29, 2021, the presiding judge in the Consolidated Cases, Hon. Edward M. Chen, ordered that the defendants in the Consolidated Cases may file motions to dismiss under the FCA's "first-to-file" provision (31 U.S.C. §3730(b)(5)), a bar that provides that after a relator brings a *qui tam* action "no person other than the government may intervene or bring a related action based on the facts underlying the pending action," and following the court's ruling on such motions, may then file any remaining Rule 12(b) motions to dismiss forty-five days after entry of an order on all first-to-file motions (*see U.S. ex rel. Osinek v. Kaiser Permanente*, No. 3:13-cv-03891-EMC, Dkt. No. 129);

WHEREAS the first-to-file motions in the Consolidated Cases will be heard on March 31, 2022 (*see id.*);

WHEREAS Defendants KFHP and KFH and proposed Defendants The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. believe that this action is vulnerable to a first-to-file motion, as Relator also claims that Kaiser Defendants violated the FCA and includes allegations regarding submissions to the Medicare Advantage Program;

WHEREAS, Relator believes that this non-consolidated action is not vulnerable to a first-to-file motion in connection with the Consolidated Cases, in part because this case involves diagnoses and claims by "outside providers" rather

than treating physicians during patient "encounters," and he intends to vigorously oppose any such motion; but Relator nevertheless does not object to the Kaiser Defendants' position that it would serve the interests of the Parties and this Court to stay proceedings in this action until a ruling in the Consolidated Cases on the first-to-file motions;

WHEREAS a stay of this action for several months until a ruling in the Consolidated Cases on all first-to-file motions will result in relatively minimal delay and will not serve to alter the date of any event or deadline fixed by this Court to date.

NOW THEREFORE, it is hereby stipulated by and between Relator and the Kaiser Defendants that:

1. Defendants KFHP and KHF accept service of the FAC.

2. The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. will accept service of the FAC as a substitute for the parties erroneously named as "The Permanente Medical Groups," and references in the FAC to the "Permanente Medical Groups" will be deemed amended to refer to The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C.

3. This action is stayed, and no response to the pleadings is required, until thirty days after the court in the Consolidated Cases rules on all first-to-file motions.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: January 28, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Charles L. Kreindler*
       CHARLES L. KREINDLER

Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, INC. and proposed Defendants THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

Dated: January 28, 2022    POLLOCK COHEN LLP

By:    *[as authorized on January 28, 2022]*
      */s/ Adam L. Pollock*
      ADAM L. POLLOCK

Attorneys for Plaintiff-Relator JEFFREY MAZIK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 28, 2022    /s/ John A. Mendez
      THE HONORABLE JOHN A. MENDEZ
      UNITED STATES DISTRICT COURT JUDGE