SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
BARBARA E. TAYLOR, Cal. Bar No. 166374
MATTHEW LIN, Cal. Bar No. 328852
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E mail         ckreindler@sheppardmullin.com
                   btaylor@sheppardmullin.com
                   mlin@sheppardmullin.com

Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>            Plaintiffs,<br><br>     v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., and THE PERMANENTE MEDICAL GROUPS,<br><br>            Defendants. | Case No. 2:19-cv-0559 JAM-KJN<br><br>**JOINT STIPULATION AND ORDER RE:  RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:           April 1, 2019<br>First Amended<br>Complaint Filed:           April 2, 2021<br>Trial Date:                     None Set |

# JOINT STIPULATION

Pursuant to Local Rule 143, *Qui Tam* Plaintiff-Relator Jeffrey Mazik ("Relator") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively the "Kaiser Defendants"), by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS on January 31, 2022, this Court ordered, pursuant to the stipulation of Relator and the Kaiser Defendants, that this action is stayed, and no response to the pleadings is required, until thirty days after the court in the Consolidated Cases rules on all "first-to-file" motions (DKT. No. 69);

WHEREAS on May 5, 2022, the court in the Consolidated Cases granted in part and denied in part the only first-to-file motion filed in the Consolidated Cases (copy attached as Exhibit A);

WHEREAS the Kaiser Defendants' response to the First Amended Complaint is presently due on June 6, 2022;

WHEREAS in response to the First Amended Complaint, the Kaiser Defendants intend to file a first-to-file motion pursuant to Fed. R. Civ. P. 12(b)(1) and a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS given the number of claims and issues to be addressed, the Kaiser Defendants seek a thirty-day extension of the time to file their motions, to which Relator is agreeable, subject to having thirty days to respond to the Kaiser Defendants' motions;

NOW THEREFORE, it is hereby stipulated by and between Relator and the Kaiser Defendants that:

1. The Kaiser Defendants' motions in response to the First Amended Complaint will be filed on or before July 6, 2022.

2. Relator's responses to the motions will be filed on or before August 5, 2022.

3. The Kaiser Defendants' replies in support of their motions will be filed on or before August 26, 2022.

**IT IS SO STIPULATED.**

Dated: May 23, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Charles L. Kreindler*
CHARLES L. KREINDLER

Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC. THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

Dated: May 23, 2022    POLLOCK COHEN LLP

By: *[as authorized on May 23, 2022]*
*/s/ Adam L. Pollock*
ADAM L. POLLOCK

Attorneys for Plaintiff-Relator JEFFREY MAZIK

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 23, 2022

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE