1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   CHARLES L. KREINDLER, Cal. Bar No. 119933
3  BARBARA E. TAYLOR, Cal. Bar No. 166374
   MATTHEW LIN, Cal. Bar No. 328852
4  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
5  Telephone:  213.620.1780
   Facsimile:  213.620.1398
6  E mail      ckreindler@sheppardmullin.com
               btaylor@sheppardmullin.com
7              mlin@sheppardmullin.com

8  Attorneys for Defendants KAISER
   FOUNDATION HEALTH PLAN, INC.
9  and KAISER FOUNDATION
   HOSPITALS, INC., THE
10 PERMANENTE MEDICAL GROUP,
   INC., SOUTHERN CALIFORNIA
11 PERMANENTE MEDICAL GROUP, and
   COLORADO PERMANENTE
12 MEDICAL GROUP, P.C.

13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 | UNITED STATES *et al. ex rel.* | Case No. 2:19-cv-0559 JAM-KJN
18 | JEFFREY MAZIK, |
19 |         Plaintiffs, | **SECOND JOINT STIPULATION AND ORDER RE:**
20 |     v. | **RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE**
21 | KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION |
22 | HOSPITALS, INC., and THE | Judge:  Hon. John A. Mendez
23 | PERMANENTE MEDICAL GROUPS, |
   |                             | Complaint Filed:      April 1, 2019
24 |         Defendants. | First Amended
   |                             | Complaint Filed:      April 2, 2021
25 |                             | Trial Date:           None Set

26

27

28

# JOINT STIPULATION

Pursuant to Local Rule 143, *Qui Tam* Plaintiff-Relator Jeffrey Mazik ("Relator") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively the "Kaiser Defendants"), by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS, pursuant to the Joint Stipulation and Order entered on May 23, 2022 (DKT. No. 72), the Kaiser Defendants' response to the First Amended Complaint is presently due on July 6, 2022, which response will be a file a first-to-file motion pursuant to Fed. R. Civ. P. 12(b)(1) and a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), Relator's oppositions are due on August 5, 2022, and the Kaiser Defendants' replies are due on August 26, 2022;

WHEREAS, the first available hearing date before the Court is not until September 27, 2022;

WHEREAS, Relator's counsel is unable to appear for a hearing on September 27, October 4, and October 11, 2022 due to Jewish holidays;

WHEREAS, given that the first hearing date on which respective counsel are available to appear is not until October 18, 2022, the Kaiser Defendants seek a one-week extension of the time to file their motions, to which Relator is agreeable, subject to having a one-week extension of the time to file oppositions to the Kaiser Defendants' motions;

NOW THEREFORE, it is hereby stipulated by and between Relator and the Kaiser Defendants that:

1. The Kaiser Defendants' motions in response to the First Amended Complaint will be filed on or before July 13, 2022.

2. Relator's oppositions will be filed on or before August 12, 2022.

3. The Kaiser Defendants' replies will be filed on or before September 2, 2022.

4. The hearing on the motions will be on October 18, 2022, or as soon thereafter subject to the Court's availability.

**IT IS SO STIPULATED.**

Dated:  July 1, 2022

                                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Charles L. Kreindler*
       CHARLES L. KREINDLER

Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC. THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

Dated:  July 1, 2022    POLLOCK COHEN LLP

By:    *[as authorized on July 1, 2022]*
      */s/ Adam L. Pollock*
      ADAM L. POLLOCK

Attorneys for Plaintiff-Relator JEFFREY MAZIK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 5, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE