POLLOCK COHEN LLP
Christopher K. Leung, CA Bar No. 210325
Adam Pollock (*pro hac vice*)
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (415) 825-8500
Email: Adam@PollockCohen.com

LAW OFFICE OF JEREMY L. FRIEDMAN
Jeremy L. Friedman, CA Bar No. 142659
2801 Sylhowe Road
Oakland, CA 94610
Tel: (510) 530-9060
Email: jlfried@comcast.net

*Attorneys for Plaintiff-Relator,
Jeffrey Mazik*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* JEFFREY MAZIK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE, INC. *et al.*,<br><br>Defendants. | Case No. 2:19-cv-0559 JAM-KJN<br><br>**FIRST JOINT STIPULATION AND ORDER RE: BRIEFING SCHEDULED ON MOTION TO DISMISS**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed:   April 1, 2019<br><br>First Amended Complaint Filed:   April 2, 2021<br><br>Trial Date:   None Set |

## JOINT STIPULATION

Pursuant to Local Rule 143, *Qui Tam* Plaintiff-Relator Jeffrey Mazik ("Relator") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively the "Kaiser Defendants"), by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS, pursuant to the Second Joint Stipulation and Order entered on July 6, 2022 (ECF no. 74), the Kaiser Defendants' motion to dismiss was filed on July 13, 2022; Relator's opposition is due on August 12, 2022, and the Kaiser Defendants' replies are due on September 2, 2022;

WHEREAS, pursuant to the Second Joint Stipulation and Order entered on July 6, 2022 (ECF no. 74), the hearing on the motions will be on October 18, 2022, or as soon thereafter subject to the Court's availability;

WHEREAS, Relator's counsel seeks additional time for their opposition;

WHEREAS, the Kaiser Defendants consent to the proposed extension of the time, subject to having an extension of the time to file their reply;

NOW THEREFORE, it is hereby stipulated by and between Relator and the Kaiser Defendants that:

2. Relator's opposition to the motion to dismiss will be filed on or before August 29, 2022.

3. The Kaiser Defendants' replies will be filed on or before September 26, 2022.

4. The hearing on the motions will be on October 18, 2022, or as soon thereafter subject to the Court's availability.

**IT IS SO STIPULATED.**

Dated:  August 10, 2022

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By     /s/ *Charles Kreindler*
                                      CHARLES L. KREINDLER

                              Attorneys for Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC. THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and COLORADO PERMANENTE MEDICAL GROUP, P.C.

Dated: August 10, 2022     POLLOCK COHEN LLP

By:       /s/ *Adam Pollock*
           ADAM POLLOCK

Attorneys for Plaintiff-Relator JEFFREY MAZIK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 11, 2022     /s/ John A. Mendez
           THE HONORABLE JOHN A. MENDEZ
           SENIOR UNITED STATES DISTRICT JUDGE