

## United States District Court
## Eastern District of California

U.S., ex rel. JEFFREY MAZIK

Plaintiff(s)

V.

Kaiser Foundation Health Plan, Inc., et al.

Defendant(s)

Case Number: 2:19-cv-00559 DAD-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Warner Mendenhall _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Relator, Jeffrey Mazik

On _____ 11/09/1998 _____ (date), I was admitted to practice and presently in good standing in the

_____ Supreme Court of the State of Ohio _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 02/02/2026 _____        Signature of Applicant: /s/ Warner Mendenhall

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Warner Mendenhall |
| Law Firm Name: | Mendenhall Law Group |
| Address: | 190 N. Union St., Ste. 201 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Akron | State: | OH | Zip: | 44304 |

Phone Number w/Area Code: (330) 535-9160

City and State of Residence: Akron, OH

Primary E-mail Address: warner@warnermendenhall.com

Secondary E-mail Address: brian@warnermendenhall.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeremy Friedman |
| Law Firm Name: | Law Office of Jeremy L. Friedman |
| Address: | 2801 Sylhowe Road |

| | | | | | |
|---|---|---|---|---|---|
| City: | Oakland | State: | CA | Zip: | 94602 |

Phone Number w/Area Code: (510) 530-9060    Bar # 142659

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 3, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT